In the Matter of the Accounting of Margaret M. Wright,
as Testamentary Trustee under the Will of James Nisbet,
Deceased, Appellant.

Margaret E. Callen, Respondent.

*Matter of Wright*, 139 App. Div. 1, affirmed.
(Argued September 28, 1910; decided October 18, 1910.)

Appeal from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
3, 1910, which reversed a decree of the New York County
Surrogate's Court settling the accounts of the trustee herein
and directed the entry of a decree in accordance with its
opinion. Also, motion to dismiss said appeal upon the
grounds, That the said Appellate Division having unani-
mously reversed the decree of the Surrogate's Court of New

York county upon the law and the facts, and having itself determined the facts pursuant to section 2586 of the Code of Civil Procedure, this court has no jurisdiction to review the order of June 3, 1910, and the decree entered thereon; and that the order of June 24, 1910, appealed from, which denied the motion of Margaret M. Wright, as trustee, for an order remitting this proceeding to the Surrogate's Court for a new trial or rehearing, was a discretionary order of said Appellate Division made pursuant to section 2587 of the Code of Civil Procedure and not appealable to this court.

*Francis B. Wood* for appellant.

*Godfrey Goldmark* for respondent.

Decree of Appellate Division affirmed, with costs, and motion to dismiss appeal denied, without costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ..